UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL J. GHIORZI, | ) | 2:10-CV-01778-JCM-PAL |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| WHITEWATER POOLS & SPAS, INC., *et al.*, | ) | |
| Defendants. | ) | |

Presently before the court is defendants Pentair, Inc. and Pentair Water Group, Inc.'s motion to dismiss for lack of personal jurisdiction. (Doc. #53). Plaintiff Michael Ghiorzi filed a notice of non-opposition to the defendants' motion. (Doc. #57).

Good cause being shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss defendants Pentair, Inc. and Pentair Water Group, Inc. for lack of personal jurisdiction (doc. #53) be, and the same hereby is, GRANTED without prejudice.

DATED: August 26, 2011.

_____
UNITED STATES DISTRICT JUDGE