**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. GHIORZI,<br><br>            Plaintiff,<br><br>v.<br><br>WHITEWATER POOLS AND SPAS,<br>INC., et al.,<br><br>            Defendants. | 2:10-CV-1778 JCM (PAL) |

**ORDER**

        Presently before the court is defendant Pentair Water Pool and Spa, Inc.'s motion to bifurcate trial.  (Doc. #93).  After defendant filed the instant motion, defendant filed a notice of settlement. (Doc. #123).  Therefore, the instant motion is now moot.

        Accordingly,

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Pentair Water Pool and Spa, Inc.'s motion to bifurcate trial (doc. #93) be, and the same hereby is, DENIED as moot, without prejudice.

        DATED August 9, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge