# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. GHIORZI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WHITEWATER POOLS AND SPAS, INC., et al.,<br><br>　　　　Defendants. | 2:10-CV-1778 JCM (PAL) |

## ORDER

Presently before the court is defendant Pentair Water Pool and Spa, Inc.'s motion to bifurcate trial. (Doc. #93). After defendant filed the instant motion, defendant filed a notice of settlement. (Doc. #123). Therefore, the instant motion is now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Pentair Water Pool and Spa, Inc.'s motion to bifurcate trial (doc. #93) be, and the same hereby is, DENIED as moot, without prejudice.

DATED August 9, 2012.

　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**